UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFERY PAUL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. 2:09-cv-349-WTL-TAB |

**E N T R Y**

　　This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to file an amended complaint as previously directed.

　　Judgment dismissing this action without prejudice shall now issue.

　　**IT IS SO ORDERED.**


Date: 12/02/2009

　　　　　　　　　　　　　　　　　　　　　　_William T. Lawrence_
　　　　　　　　　　　　　　　　　　　　　　Hon. William T. Lawrence, Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana